# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Landmark American Insurance Company, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 18-2204(BRM) |
| | : | |
| Dental Sleep Master, LLC, *et al.*, : | : | |
| | : | **ORDER** |
| Defendants. | : | |

**IT APPEARING** that proceedings in this matter are stayed pursuant to the Federal Bankruptcy Code, 11 U.S.C. § 362, on the filing of bankruptcy petition by Defendant, Dental Sleep Masters, LLC (Bankruptcy Case Number 18-31413-SLM),

**IT IS** on this 27h day of December, 2018,

**ORDERED** that the Clerk shall **ADMINISTRATIVELY TERMINATE** the action without prejudice, with leave to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of this litigation, subject to the limitations imposed by the Federal Bankruptcy Code.

*s/Brian R. Martinotti*
*United States District Judge*